# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ALYCIA LANE, | : | No. 283 EAL 2015 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CBS BROADCASTING, INC., T/A KYW-TV; MICHAEL COLLERAN AND LAWRENCE MENDTE | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF:  CBS BROADCASTING, INC. T/A KYW-TV AND MICHAEL COLLERAN | : | |
| | : | |
| | : | |
| ALYCIA LANE, | : | No. 284 EAL 2015 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CBS BROADCASTING, INC., T/A KYW-TV; MICHAEL COLLERAN AND LAWRENCE MENDTE | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF:  CBS BROADCASTING, INC. T/A KYW-TV AND MICHAEL COLLERAN | : | |

## <u>ORDER</u>


**PER CURIAM**

**AND NOW**, this 4th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**; CBS's Rule 123 application is **DENIED**.